IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUFUS TERRY MCDOUGALD, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:22-CV-200-WHA-CSC |
| WARDEN & ADMINISTRATION, | ) |
| Defendant. | ) |

## **ORDER**

Now before the Court is the Recommendation of the Magistrate Judge that recommends Plaintiff's request for leave to proceed *in forma pauperis* be denied and the Complaint be dismissed prior to service of process under 28 U.S.C. § 1915(g). Doc. 3. Plaintiff has filed objections. Doc. 4. Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

1. Plaintiff's objections (Doc. 4) to the Recommendation are OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. 3) is ADOPTED.

3. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is DENIED;

4. This case is DISMISSED without prejudice under 28 U.S.C. § 1915(g) for Plaintiff's failure to pay the full filing fee upon initiation of this case.

A separate Final Judgment will be entered.

Done, this 23rd day of May 2022.

                                            /s/     W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE